# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MARTIN BURTON SCHMOLDT, III,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No.: 3:12cv543/MCR/EMT**

**TRAVIS ATKINSON,**

    **Defendant.**

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 4, 2013 (doc. 15). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.　This case is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for Plaintiff's failure to state a claim upon which relief may be granted.[1]

---

[1] Plaintiff's Motion Requesting Leave to Amend Complaint (doc. 25) is denied as futile for the reasons set forth in the Report and Recommendation.

3. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 24th day of March, 2013.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**